UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 2:19CR118-PPS |
| SAMUEL SAHAWNEH, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to defendant Samuel Sahawneh's request to enter a plea of guilty to Count 1 of the information, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 6, 2.] Following a hearing on the record on October 17, 2019 [DE 6], Judge Martin found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Martin recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to Judge Martin's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Sahawneh's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 6] in their entirety.

Defendant Samuel Sahawneh is adjudged GUILTY of Count 1 of the information.

The sentencing hearing is set for January 17, 2020 at 10:00 a.m. Hammond/Central time.

SO ORDERED.

ENTERED: November 1, 2019.

                                                 /s/ Philip P. Simon
                                               PHILIP P. SIMON, CHIEF JUDGE
                                               UNITED STATES DISTRICT COURT